UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

CORY ADKINS,

    Plaintiff,

v.                                                                          CIVIL ACTION NO. 5:19-cv-00167

WV DIVISION OF CORRECTIONS AND
REHABILITATION and PRIME CARE MEDICAL and
BRITNAY FOSTER and MIKE FRANCIS,

    Respondents.

## ORDER

Pending is the Plaintiff Cory Adkins' Complaint [Doc. 2], filed March 11, 2019. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on March 13, 2020 [Doc. 6]. Magistrate Judge Aboulhosn recommended that the Court dismiss the Plaintiff's Complaint without prejudice for failure to prosecute.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) (emphasis added) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*."). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v.*

*De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on May 29, 2020. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 6**], **DISMISSES** the Complaint without prejudice [**Doc. 2**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party herein.

ENTERED: August 21, 2020

Frank W. Volk
United States District Judge

2